(85 South. 831)

HARWELL v. STATE.    (8 Div. 657.)

(Court of Appeals of Alabama. April 6, 1920.)

1. CRIMINAL LAW ⬤═▷260(11)—JUDGMENT ON FINDING SUSTAINED BY EVIDENCE NOT DISTURBED.

Where there was ample evidence to warrant court's finding in a trial without jury, judgment thereon will not be disturbed on appeal.

2. CRIMINAL LAW ⬤═▷406(3) — VOLUNTARY ADMISSIONS OF DEFENDANT PROPERLY ADMITTED.

Where there was evidence tending to prove that crime had been committed, defendant's admissions shown to have been voluntarily made were properly admitted.

3. CRIMINAL LAW ⬤═▷448(11) — TESTIMONY THAT WITNESS DID NOT SEE ANY IMPROPER CONDUCT INADMISSIBLE AS OPINION.

In prosecution for adultery, testimony that witness did not see any improper conduct between defendant and the woman in the case held incompetent, in that it involved an opinion of witness as to what constituted improper conduct.

Appeal from Circuit Court, Limestone County; Robert C. Brickell, Judge.

The defendant Herman Harwell was indicted and tried jointly with Erie Posey on a charge of adultery or fornication. The defendant Harwell alone was convicted, and from the judgment, he appeals. Affirmed.

W. W. Malone, of Athens, for appellant.
No brief reached the Reporter.

J. Q. Smith, Atty. Gen., for the State.
No brief reached the Reporter.

SAMFORD, J. [1] The case was tried by the court without the intervention of a jury. There was ample evidence to warrant the finding as determined by the court. Where this is the case, the judgment will not be disturbed. Maisel v. State, ante, p. 12, 81 South. 348.

[2] The questions presented by exceptions to the evidence are elementary. Evidence having been introduced tending to prove that the crime of adultery had been committed, and it being shown that admissions of the defendant were voluntary, such admissions were properly admitted.

[3] The court did not err in refusing to allow the witness Ruby Harwell to testify that she did not see any improper conduct between defendant and Erie Posey. This involved her opinion as to what constituted improper conduct.

There is no error in the record, and the judgment is affirmed.

Affirmed.